IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON
ADC # 129521                                                                                    PLAINTIFF

v.                           No. 5:12-cv-197-DPM-BD

BANKS, Warden, Varner Super Max Unit,
ADC; MEINZER, Warden, Varner Super Max Unit,
ADC; CLARK, Captain, Varner Super Max Unit, ADC;
BROWN, Corporal, Varner Super Max Unit, ADC;
WELLS, Corporal, Varner Super Max Unit, ADC; and
ARKANSAS DEPARTMENT OF CORRECTION                                        DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's two partial recommended dispositions, *Document Nos. 6 & 7*. No one has objected to either. Having reviewed the proposals for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts both proposals as its own.

Aaron's claims against the Arkansas Department of Correction are dismissed with prejudice. He may proceed with his Eighth Amendment and retaliation claims against Banks, Meinzer, Clark, Brown, and Wells. Aaron's motion for preliminary relief, *Document No. 3*, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2012