IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON
ADC # 129521                                                                                                      PLAINTIFF

v.                      No. 5:12-cv-197-DPM-BD

JAMES BANKS, Warden, Varner Super Max Unit,
ADC; CURTIS MEINZER, Warden, Varner Super
Max Unit, ADC; YOLANDA CLARK, Captain,
Varner Super Max Unit, ADC; SUSAN BROWN,
Corporal, Varner Super Max Unit, ADC; and
LOUISE WELLS, Corporal, Varner Super Max
Unit, ADC                                             DEFENDANTS

ORDER

No one has objected to Magistrate Judge Beth Deere's recommended disposition, № 41. The copy of it mailed to Aaron has been returned as undeliverable. He has not kept his address current, contrary to Local Rule 5.5(c)(2). Given the extensive work done by both sides in the case, the Court proceeds to the merits and reviews *de novo* out of an abundance of caution. FED. R. CIV. P. 72(b). The Court adopts the recommendation in full. Defendants' motion for summary judgment, № 36, is granted. Aaron's official-capacity claims and Eighth Amendment claims are dismissed with prejudice; his retaliation claim is dismissed without prejudice. If Aaron updates his address eventually, the Court directs the Clerk to send him the recommended disposition, this Order, and the Judgment. The Court will, in

that event, consider a Rule of Civil Procedure 60 motion for relief from the

Judgment if Aaron chooses to file one.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 November 2013