IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON
ADC # 129521                                                                                                  PLAINTIFF

v.                       No. 5:12-cv-197-DPM

JAMES BANKS, Warden, Varner Super Max Unit,
ADC; CURTIS MEINZER, Warden, Varner Super
Max Unit, ADC; YOLANDA CLARK, Captain,
Varner Super Max Unit, ADC; SUSAN BROWN,
Corporal, Varner Super Max Unit, ADC; LOUISE
WELLS, Corporal, Varner Super Max Unit, ADC; and
ARKANSAS DEPARTMENT OF CORRECTION          DEFENDANTS

## JUDGMENT

Aaron's official-capacity claims against all defendants, his Eighth Amendment claims, and all claims against the Arkansas Department of Correction are dismissed with prejudice; his retaliation claim is dismissed without prejudice. All claims having been adjudicated, Aaron's complaint is dismissed.

                                                           _____
                                                           D.P. Marshall Jr.
                                                           United States District Judge

                                                           19 November 2013